### TRIAL COURT OFFICIAL'S
### REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FAX to: Cathy S. Lusk, Clerk, 12th Court of Appeals, Tyler, at (90

**FILED**

11/17/2015

**Twelfth Court of Appeals**
**Pam Estes**
**Clerk**

Court of Appeals No. (If known): **12 -15-00248-CR**

Trial Court Style: **STATE OF TEXAS VS. WILLIAM TAYLOR**

Trial Court & County: **159TH JUDICIAL DISTRICT COURT OF ANGELINA COUNTY, TX**

Trial Court No.: **2014-0145**

Date Trial Clerk's Record Originally Due: **NOVEMBER 17, 2015**

Date Court Reporter's/Recorder's Record Originally Due:  N/A

Anticipated Number of Pages of Record: **170**

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:     (Check all that apply - attach additional pages if necessary.)

X       to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record.
        my duties listed below preclude working on this record
        Other.  (Explain.):

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by **NOVEMBER 30, 2015** in which to prepare it.  TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

November 17, 2015                               /S/Robin J. Crain
Date                                            Signature

936-634-4312                                    Robin J. Crain
Office Phone Number                             Printed Name

rcrain@angelinacounty.net                       Deputy District Clerk
E-mail Address (if available)                   Official Title

3

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

Lead Counsel for **APPELLANT(S)**:          Lead Counsel for **APPELLEE(S)**:

Name: **DANIEL LAZARINE**          Name: **APRIL AYERS-PEREZ**

Address: **400 LOUISIANA ST., STE. 200**       Address: **P.O. BOX 908**

         **HOUSTON, TX 77002**              **LUFKIN, TX 75915**

Phone no.: **713-224-4000**          Phone no.: **936-632-5090**

Attorney for: **WILLIAM TAYLOR**         Attorney for: **THE STATE OF TEXAS**